UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 24-cr-10001-LTS |
| | ) | |
| AIZAVIER ROACHE | ) | |

## NOTICE OF APPEAL

Defendant Aizavier Roache hereby appeals his sentence to the United States Court of Appeals for the First Circuit. Judgment entered February 7, 2025.

    Respectfully submitted,
    QUENTY OGANDO
    By his attorney,

    *Joshua Hanye*
    Joshua Hanye
    BBO # 661686
    Federal Public Defender Office
    51 Sleeper Street, 5th Floor
    Boston, MA 02210

### Certificate of Service

I, Joshua R. Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as Identified on the Notice of Electronic Filing ("NEF").

Date: February 13, 2025    */s/ Joshua R. Hanye*
    Joshua R. Hanye