U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# ATTACHMENT B



## NIBIN Enforcement Support System (NESS)
**Crime Gun ID:** ▮▮▮▮

| Recovered: Yes<br>Caliber: .40 Cal | **Firearm Type:** Pistol<br>Manufacturer: Glock Inc.<br>Model: 22<br>Serial number: BVKY769 | **Most Recent Trace Data**<br>FTS ID: T20230649125<br>Purchase Date: 2/2/2023<br><br>Time to 1st Shooting: 176 days | **Additional Data**<br>Stolen gun: No<br>Legacy Gun ID(s):<br>IR Tracking #: IR762000149 |
|---|---|---|---|

| Event Order | LE Agency | LE Case # | NIBIN Case # / Exhibit # / Type | Event Date/Time | Crime Type | LE Partner | Location | Involved People | Linked Crime Guns |
|---|---|---|---|---|---|---|---|---|---|
| 2 | MA-BOSTON CITY PD BALLISTICS UNIT | ▮▮▮ | 23-1946<br>4<br>Test Fire | 12/02/2023 00:00 (ET) | Illegal Possession/Sale | | 941 Massachusetts Avenue, Boston, MA 02118 | Travon Jadell Brunson (PUR)<br>▮▮▮ (AR,POSS) | |
| | **Summary:** 12/2/23 @ 7:53 PM, ▮▮▮ (DOB: ▮▮/05; 737 Washington St.) was arrested and a firearm was recovered following a trespassing incident at 941 Massachusetts Ave. ▮▮▮ was with a group of individuals in the parking lot before fleeing on foot when officers arrived. A Glock .22 (Serial # BVKY769) loaded with (10) rounds in a (15) round magazine and (5) bags of crack cocaine were recovered from ▮▮▮'s person. | | | | | | | | |
| | Days Between Events: 126 days | | | | | | | | |
| 1 | MA-BOSTON CITY PD BALLISTICS UNIT | ▮▮▮ | 23-1185<br>28<br>Casing | 07/28/2023 22:06 (ET) | Property Damage | | Shawmut Ave & Lenox St, Boston, MA 02118 | | 762-23-000989 |
| | **Summary:** 7/28/23 @ 10:06 PM, there were multiple Shot Spotter activations in the area of Shawmut Ave. / Lenox St.; (29) shell casings were recovered between 600 Shawmut Ave. and 34 Hammond St. Ballistic damage was observed inside Ramsay Park and at Shawmut Ave. / Lenox St. There was also ballistic damage observed to (4) vehicles: MA Reg. ▮▮▮, MA Reg. ▮▮▮, MA Reg. ▮▮▮, and FL Reg. ▮▮▮. Witnesses reported (3) males fired shots and fled down Lenox St. towards Tremont St. | | | | | | | | |
| | Days Between Events: N/A days | | | | | | | | |

*Be advised that this document is to be used for investigative purposes only. NESS data reflects a compilation of information from multiple data sources. This document should not be relied upon as evidence and investigators should collect original reports for any evidentiary purposes. No information contained herein may be duplicated, reproduced, or disseminated without the express authorization of ATF.*