# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 04, 2025

## FIREARMS TRACE SUMMARY

**Trace Number:** T20250044450   **Request Date:** January 28, 2025   **Completion Date:** February 04, 2025

GINA GALANTINO
BOSTON VI FIELD OFFICE
10 CAUSEWAY STREET, SUITE 701
BOSTON, MA 02222
PHONE: (617) 557-1200
FAX (617) 557-1201

**Badge No:**   **Investigation No:**

### FIREARM INFORMATION
**Manufacturer:** TAURUS
**Model:** G2C
**Caliber:** 9
**Serial Number:** ACE849613
**Type:** PISTOL
**Country:** BRAZIL
**Importer:** TAURUS INTERNATIONAL MFG.; ...
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION
**Recovery Date:** 01/27/2025
**Time to Crime:** 1316 days

BOSTON, MA
UNITED STATES
**Possessor:**
**DOB:** 1997
**POB:** UNITED STATES

### PURCHASER INFORMATION
**Purchase Date:** 06/21/2021
TRAVON JADELL BRUNSON
221 S SHIELDS RD
COLUMBIA, SC 29223
UNITED STATES
**DOB:** 1992
**POB:** FLORENCE, SC UNITED STATES
**Race:** BLACK
**Sex:** Male
**Height:** 5 ft 8 in
**Weight:** 260 lbs
**ID 1:** SC DRIVER'S LICENSE:
**ID 2:** :

### DEALER INFORMATION   **FFL:** 15703601
PALMETTO STATE ARMORY
3760 FERNANDINA RD
COLUMBIA, SC 29210-0000
**Phone:** (803) 551-2680   Ext:   **Ship-To-Date:** 06/15/2021

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**
PURCHASED THREE OTHER PISTOLS ON THE SAME DAY 06/21/2021.

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 04, 2025

## FIREARMS TRACE SUMMARY

Trace Number: T20250010236   Request Date: January 07, 2025   Completion Date: January 08, 2025

CATIA FREIRE
BOSTON POLICE DEPARTMENT
1 SCHROEDER PLAZA
BOSTON, MA 02120
PHONE: (617) 343-4465
FAX (617) 343-4840

Badge No: 5101   Investigation No: ▉

### FIREARM INFORMATION
Manufacturer: TAURUS
Model: 856
Caliber: 38
Serial Number: ABG658318
Type: REVOLVER
Country: BRAZIL
Importer: TAURUS INTERNATIONAL MFG.; ...
Obliterated:
Identifying Marks: MARKINS FOUND "120 & 1856"
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 01/01/2025
Time to Crime: 1592 days

ROXBURY ST & WASHINGTON ST
BOSTON, MA 02119
UNITED STATES
Possessor:
DOB:
POB:

### PURCHASER INFORMATION
Purchase Date: 08/23/2020
TRAVON JADELL BRUNSON
221 S SHIELDS RD
COLUMBIA, SC 29223
UNITED STATES
DOB: ▉ 1992
POB: FLORENCE, SC UNITED STATES
Race: BLACK
Sex: Male
Height: ft in
Weight: lbs
ID 1: SC DRIVER'S LICENSE: ▉
ID 2: :

### DEALER INFORMATION
FFL: 15703601
PALMETTO STATE ARMORY
3760 FERNANDINA RD
COLUMBIA, SC 29210-0000
Phone: (803) 551-2680   Ext:
Ship-To-Date:

### ADMINISTRATIVE INFORMATION
LIMS#: 25-0024

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 04, 2025

## FIREARMS TRACE SUMMARY

Trace Number: T20240219667      Request Date: April 30, 2024      Completion Date: April 30, 2024

**CATIA FREIRE**
BOSTON POLICE DEPARTMENT
1 SCHROEDER PLAZA
BOSTON, MA 02120
PHONE: (617) 343-4465
FAX (617) 343-4840

**Badge No:** 5101      **Investigation No:** ▮

### FIREARM INFORMATION
- **Manufacturer:** SMITH & WESSON
- **Model:** SD40
- **Caliber:** 40
- **Serial Number:** FDJ2086
- **Type:** PISTOL
- **Country:** UNITED STATES
- **Importer:**
- **Obliterated:**
- **Identifying Marks:**
- **NIBIN:**
- **Gang Name:**

### RECOVERY INFORMATION
**Recovery Date:** 04/16/2024
**Time to Crime:** 1056 days

24 GREENVILLE ST
BOSTON, MA 02119
UNITED STATES
**Possessor:**
**DOB:**
**POB:**

### PURCHASER INFORMATION
**Purchase Date:** 05/26/2021

TRAVON JADELL BRUNSON
221 S SHIELD
COLUMBIA, SC 29223
UNITED STATES
**DOB:** ▮ 1992
**POB:** FLORENCE, SC UNITED STATES
**Race:** BLACK
**Sex:** Male
**Height:** ft in
**Weight:** lbs
**ID 1:** SC DRIVER'S LICENSE: ▮
**ID 2:**

### DEALER INFORMATION      **FFL:** 15706161
SHOOTERS CHOICE
944 SUNSET BLVD
WEST COLUMBIA, SC 29169
**Phone:** (803) 791-5498      **Ship-To-Date:**
**Ext:**

### ADMINISTRATIVE INFORMATION
LIMS#: 24-0551

### SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 04, 2025



## FIREARMS TRACE SUMMARY

**Trace Number:** T20230649125   **Request Date:** December 07, 2023   **Completion Date:** December 15, 2023

MOLLY LOPES
BOSTON POLICE DEPARTMENT
ONE SHROEDER PLAZA
BOSTON, MA 02120
PHONE: (617) 343-4328

**Badge No:** 1799   **Investigation No:**

### FIREARM INFORMATION
**Manufacturer:** GLOCK GMBH
**Model:** 22
**Caliber:** 40
**Serial Number:** BVKY769
**Type:** PISTOL
**Country:** AUSTRIA
**Importer:** GLOCK INC, SMYRNA GA
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION
**Recovery Date:** 12/02/2023
**Time to Crime:** 303 days

941 MASSACHUSETTS AVE
BOSTON, MA 02119
UNITED STATES
**Possessor:**
**DOB:** 2005
**POB:** UNITED STATES

### PURCHASER INFORMATION
**Purchase Date:** 02/02/2023
TRAVON JADELL BRUNSON
221 S SHIELDS RD
COLUMBIA, SC 29223
UNITED STATES
**DOB:** 1992
**POB:** FLORENCE, SC UNITED STATES
**Race:** BLACK
**Sex:** Male
**Height:** 5 ft 7 in
**Weight:** 238 lbs
**ID 1:** SC DRIVER'S LICENSE:
**ID 2:**

### DEALER INFORMATION
**FFL:** 15703349
ACADEMY SPORTS + OUTDOORS #103
730 FASHION DR
COLUMBIA, SC 29229
**Phone:** (281) 646-5410   Ext:
**Ship-To-Date:** 10/02/2022

### ADMINISTRATIVE INFORMATION
LIMS#: 23-1946

### SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.
**Additional Remarks:**

**The information in this report must be validated prior to use in any criminal proceedings.**

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER

Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 04, 2025

## FIREARMS TRACE SUMMARY

**Trace Number:** T20230491070  **Request Date:** September 14, 2023  **Completion Date:** September 14, 2023

**AMANDA BICKFORD**
**BOSTON POLICE DEPARTMENT**
**ONE SHROEDER PLAZA**
**BOSTON, MA 02120**
**PHONE:** (617) 343-4328

**Badge No:** 166226  **Investigation No:** [redacted]

### FIREARM INFORMATION

**Manufacturer:** TAURUS
**Model:** PT111 G2A
**Caliber:** 9
**Serial Number:** AEC174190
**Type:** PISTOL
**Country:** BRAZIL
**Importer:** TAURUS INTERNATIONAL MFG.; ...
**Obliterated:**
**Identifying Marks:** G2C ON THE SLIDE
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION

**Recovery Date:** 08/30/2023
**Time to Crime:** 127 days

28 CRESTWOOD PARK
BOSTON, MA 02121
UNITED STATES
**Possessor:** [redacted]
**DOB:** [redacted] 2006
**POB:** UNITED STATES

### PURCHASER INFORMATION

**Purchase Date:** 04/25/2023

TRAVON JADELL BRUNSON
221 S SHIELDS RD
COLUMBIA, SC 29223
UNITED STATES
**DOB:** [redacted] 1992
**POB:** FLORENCE, SC UNITED STATES
**Race:** BLACK  **Height:** ft in
**Sex:** Male  **Weight:** lbs
**ID 1:** SC DRIVER'S LICENSE: [redacted]
**ID 2:** :

### DEALER INFORMATION

**FFL:** 15703349

ACADEMY SPORTS + OUTDOORS #103
730 FASHION DR
COLUMBIA, SC 29229
**Phone:** (281) 646-5410  **Ship-To-Date:**
Ext:

### ADMINISTRATIVE INFORMATION

LIMS#: 23-1472

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

*Law Enforcement Sensitive — Unclassified*

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER

Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 04, 2025

## FIREARMS TRACE SUMMARY

**Trace Number:** T20230463384   **Request Date:** August 30, 2023   **Completion Date:** August 30, 2023

AMANDA BICKFORD
BOSTON POLICE DEPARTMENT
ONE SHROEDER PLAZA
BOSTON, MA 02120
PHONE: (617) 343-4328

**Badge No:** 166226   **Investigation No:**

### FIREARM INFORMATION
- **Manufacturer:** TAURUS
- **Model:** PT111 G2A
- **Caliber:** 9
- **Serial Number:** AEC170962
- **Type:** PISTOL
- **Country:** BRAZIL
- **Importer:** TAURUS INTERNATIONAL MFG.; ...
- **Obliterated:**
- **Identifying Marks:** G2C ON THE SLIDE
- **NIBIN:**
- **Gang Name:**

### RECOVERY INFORMATION
**Recovery Date:** 08/26/2023   **Time to Crime:** 123 days

602 BLUE HILL AVE
BOSTON, MA 02121
UNITED STATES
**Possessor:**
**DOB:** 2004
**POB:** BOSTON, MA UNITED STATES

### PURCHASER INFORMATION
**Purchase Date:** 04/25/2023

TRAVON JADELL BRUNSON
221 S SHIELDS RD
COLUMBIA, SC 29223
UNITED STATES
**DOB:** 1992
**POB:** FLORENCE, SC UNITED STATES
**Race:** BLACK
**Sex:** Male
**Height:** ft in
**Weight:** lbs
**ID 1:** SC DRIVER'S LICENSE:
**ID 2:** :

### DEALER INFORMATION
**FFL:** 15703349

ACADEMY SPORTS + OUTDOORS #103
730 FASHION DR
COLUMBIA, SC 29229
**Phone:** (281) 646-5410 Ext:
**Ship-To-Date:**

### ADMINISTRATIVE INFORMATION
LIMS#: 23-1356

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER

Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 04, 2025



## FIREARMS TRACE SUMMARY

Trace Number: T20230356718   Request Date: July 07, 2023   Completion Date: July 13, 2023

CYNTHIA RATCHFORD
RICHLAND COUNTY SHERIFF OFFICE
5623 TWO NOTCH ROAD
COLUMBIA, SC 29223
PHONE: (803) 576-3000
FAX (803) 576-3162

Badge No:        Investigation No: [redacted]

### FIREARM INFORMATION
Manufacturer: HS PRODUKT (IM METAL)
Model: XD9 SUB-COMPACT
Caliber: 9
Serial Number: BY426092
Type: PISTOL
Country: CROATIA
Importer: SPRINGFIELD INC (SI), GENES...
Obliterated:
Identifying Marks: SPRINGFIELD
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 06/26/2023
Time to Crime: 984 days

1250 RABON POND DR
COLUMBIA, SC
UNITED STATES
Possessor:
DOB:
POB:

### PURCHASER INFORMATION
Purchase Date: 10/15/2020

TRAVON JADELL BRUNSON
221 S SHIELDS RD
COLUMBIA, SC 29223
UNITED STATES
DOB: [redacted] 1992
POB: FLORENCE, SC UNITED STATES
Race: BLACK         Height:  ft  in
Sex: Male           Weight:  lbs
ID 1: SC DRIVER'S LICENSE: [redacted]
ID 2:

### DEALER INFORMATION
FFL: 15703601
PALMETTO STATE ARMORY
3760 FERNANDINA RD
COLUMBIA, SC 29210-0000
Phone: (803) 551-2680   Ship-To-Date:
Ext:

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**
MULTIPLE SALE WAS SUBMITTED WITH THE MODEL LISTED AS XD9

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER

Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 04, 2025

### FIREARMS TRACE SUMMARY

**Trace Number:** T20230342694   **Request Date:** July 03, 2023   **Completion Date:** July 03, 2023

MOLLY LOPES
BOSTON POLICE DEPARTMENT
ONE SHROEDER PLAZA
BOSTON, MA 02120
PHONE: (617) 343-4328

**Badge No:** 1799   **Investigation No:**

### FIREARM INFORMATION
- **Manufacturer:** TAURUS
- **Model:** PT111 G2A
- **Caliber:** 9
- **Serial Number:** AEC174567
- **Type:** PISTOL
- **Country:** BRAZIL
- **Importer:** TAURUS INTERNATIONAL MFG.; ...
- **Obliterated:**
- **Identifying Marks:** G2C
- **NIBIN:**
- **Gang Name:**

### RECOVERY INFORMATION
**Recovery Date:** 06/20/2023
**Time to Crime:** 56 days

BELLEVUE ST
DORCHESTER, MA 02125
UNITED STATES
**Possessor:**
**DOB:** 1999
**POB:** UNITED STATES

### PURCHASER INFORMATION
**Purchase Date:** 04/25/2023
TRAVON JADELL BRUNSON
221 S SHIELDS RD
COLUMBIA, SC 29223
UNITED STATES
- **DOB:** 1992
- **POB:** FLORENCE, SC UNITED STATES
- **Race:** BLACK
- **Height:** ft in
- **Sex:** Male
- **Weight:** lbs
- **ID 1:** SC DRIVER'S LICENSE:
- **ID 2:**

### DEALER INFORMATION
**FFL:** 15703349
ACADEMY SPORTS + OUTDOORS #103
730 FASHION DR
COLUMBIA, SC 29229
**Phone:** (281) 646-5410   **Ext:**   **Ship-To-Date:**

### ADMINISTRATIVE INFORMATION
LIMS#: 23-1000

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

**The information in this report must be validated prior to use in any criminal proceedings.**

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER

Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 04, 2025

## FIREARMS TRACE SUMMARY

**Trace Number:** T20230289584   **Request Date:** June 06, 2023   **Completion Date:** June 09, 2023

MOLLY LOPES
BOSTON POLICE DEPARTMENT
ONE SHROEDER PLAZA
BOSTON, MA 02120
PHONE: (617) 343-4328

**Badge No:** 1799   **Investigation No:**

### FIREARM INFORMATION
**Manufacturer:** SMITH & WESSON
**Model:** SD40
**Caliber:** 40
**Serial Number:** FCF4928
**Type:** PISTOL
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION
**Recovery Date:** 06/02/2023
**Time to Crime:** 1008 days
81 COLUMBIA RD
DORCHESTER, MA 02121
UNITED STATES
**Possessor:**
**DOB:**
**POB:**

### PURCHASER INFORMATION
**Purchase Date:** 08/28/2020
TRAVON JADELL BRUNSON
221 S SHIELDS RD
COLUMBIA, SC 29223
UNITED STATES
**DOB:** 1992
**POB:** FLORENCE, SC UNITED STATES
**Race:** BLACK   **Height:** ft in
**Sex:** Male   **Weight:** lbs
**ID 1:** SC DRIVER'S LICENSE:
**ID 2:** :

### DEALER INFORMATION
**FFL:** 15703601
PALMETTO STATE ARMORY
3760 FERNANDINA RD
COLUMBIA, SC 29210-0000
**Phone:** (803) 551-2680   **Ship-To-Date:**
Ext:

### ADMINISTRATIVE INFORMATION
LIMS#: 23-0845

### SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER

Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 04, 2025

## FIREARMS TRACE SUMMARY

Trace Number: T20220445283   Request Date: September 07, 2022   Completion Date: September 07, 2022

MOLLY LOPES
BOSTON POLICE DEPARTMENT
ONE SHROEDER PLAZA
BOSTON, MA 02120
PHONE: (617) 343-4328

Badge No: 1799   Investigation No: ███

### FIREARM INFORMATION

Manufacturer: TAURUS
Model: G2S
Caliber: 9
Serial Number: ACD813345
Type: PISTOL
Country: BRAZIL
Importer: TAURUS INTERNATIONAL MFG.; ...
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 08/30/2022
Time to Crime: 461 days

217 COLUMBIA RD
DORCHESTER, MA 02121
UNITED STATES
Possessor:
DOB:
POB:

### PURCHASER INFORMATION
Purchase Date: 05/26/2021

TRAVON JADELL BRUNSON
221 S SHIELD
COLUMBIA, SC 29223
UNITED STATES
 DOB: ███ 1992
 POB: FLORENCE, SC UNITED STATES
 Race: BLACK   Height: ft in
 Sex: Male   Weight: lbs
 ID 1: SC DRIVER'S LICENSE: ███
 ID 2: :

### DEALER INFORMATION
FFL: 15706161

SHOOTERS CHOICE
944 SUNSET BLVD
WEST COLUMBIA, SC 29169
Phone: (803) 791-5498   Ship-To-Date:
Ext:

### ADMINISTRATIVE INFORMATION
LIMS#: 22-1647

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 04, 2025

## FIREARMS TRACE SUMMARY

**Trace Number:** T20220388369   **Request Date:** August 08, 2022   **Completion Date:** August 16, 2022

JAMES O'CONNOR
STOUGHTON POLICE DEPARTMENT
26 ROSE STREET
STOUGHTON, MA 02072
PHONE: (781) 344-2424
FAX (781) 344-9249

**Badge No:** 169   **Investigation No:**

### FIREARM INFORMATION
**Manufacturer:** TAURUS
**Model:** G3
**Caliber:** 9
**Serial Number:** ACE880487
**Type:** PISTOL
**Country:** BRAZIL
**Importer:** TAURUS INTERNATIONAL MFG.; ...
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:** THETFORD AVE

### RECOVERY INFORMATION
**Recovery Date:** 08/08/2022
**Time to Crime:** 413 days
1458 TURNPIKE ST ROUTE 139
STOUGHTON, MA 02072
UNITED STATES
**Possessor:**
**DOB:** 2000
**POB:** MA UNITED STATES

### PURCHASER INFORMATION
**Purchase Date:** 06/21/2021
TRAVON JADELL BRUNSON
221 SOUTH SHIELDS RD
COLUMBIA, SC 29223
UNITED STATES
**DOB:** 1992
**POB:** FLORENCE, SC UNITED STATES
**Race:** BLACK
**Sex:** Male
**Height:** 5 ft 8 in
**Weight:** 260 lbs
**ID 1:** SC DRIVER'S LICENSE:
**ID 2:** SOCIAL SECURITY: 2895

### DEALER INFORMATION
**FFL:** 15703601
PALMETTO STATE ARMORY
3760 FERNANDINA RD
COLUMBIA, SC 29210-0000
**Phone:** (803) 551-2680   Ext:
**Ship-To-Date:** 06/15/2021

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**
PURCHASER ACQUIRED 3 OTHER PISTOLS IN THIS TRANSACTION

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER

Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 04, 2025

### FIREARMS TRACE SUMMARY

**Trace Number:** T20220187968     **Request Date:** April 14, 2022     **Completion Date:** April 29, 2022

**HENRY PEREIRA**
**BOSTON POLICE DEPARTMENT**
**ONE SHROEDER PLAZA**
**BOSTON, MA 02120**
**PHONE:** (617) 343-4328

**Badge No:** 009599     **Investigation No:**

### FIREARM INFORMATION

**Manufacturer:** FMK FIREARMS INC.
**Model:**
**Caliber:** 9
**Serial Number:** BB20993
**Type:** PISTOL
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:** MDL = 804
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION

**Recovery Date:** 04/11/2022
**Time to Crime:** 301 days

50 ORCHARD PARK ST
ROXBURY, MA 02119
UNITED STATES
**Possessor:**
**DOB:**
**POB:**

### PURCHASER INFORMATION

**Purchase Date:** 06/14/2021

TRAVON JADELL BRUNSON
221 S SHIELDS RD
COLUMBIA, SC 29223
UNITED STATES
**DOB:** 1992
**POB:** FLORENCE, SC UNITED STATES
**Race:** BLACK
**Sex:** Male
**Height:** 5 ft 8 in
**Weight:** 260 lbs
**ID 1:** SC DRIVER'S LICENSE:
**ID 2:**

### DEALER INFORMATION

**FFL:** 15706182

PISTOLS PLUS
921 LONGTOWN RD STE A
COLUMBIA, SC 29229
**Phone:** (803) 888-7040  Ext:
**Ship-To-Date:** 04/30/2021

### ADMINISTRATIVE INFORMATION

**LIMS:** 22-0574

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**
PURCHASER HAS AQUIRED ADDITIONAL FIREARMS IN THE PAST.

**The information in this report must be validated prior to use in any criminal proceedings.**

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 04, 2025

## FIREARMS TRACE SUMMARY

**Trace Number:** T20220057436   **Request Date:** February 03, 2022   **Completion Date:** February 11, 2022

PATRICK BRIODY
BRIDGEWATER FIELD OFFICE
1 LAKESHORE CENTER, 2ND FLOOR
BRIDGEWATER, MA 02324
PHONE: (508) 697-2891
FAX (508) 697-2932

**Badge No:** 5170   **Investigation No:**

### FIREARM INFORMATION
**Manufacturer:** GLOCK INC.
**Model:** 43
**Caliber:** 9
**Serial Number:** AFVK442
**Type:** PISTOL
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:** PERKINS AVE

### RECOVERY INFORMATION
**Recovery Date:** 01/26/2022
**Time to Crime:** 203 days

63 KILMER AV
TAUNTON, MA 02780
UNITED STATES
**Possessor:**
**DOB:** 1992
**POB:** UNITED STATES

### PURCHASER INFORMATION
**Purchase Date:** 07/07/2021

TRAVON JADELL BRUNSON
221 S SHIELDS RD
COLUMBIA, SC 29223
UNITED STATES
**DOB:** 1992
**POB:** FLORENCE, SC UNITED STATES
**Race:** BLACK
**Sex:** Male   **Height:** 5 ft 8 in   **Weight:** 250 lbs
**ID 1:** SC DRIVER'S LICENSE:
**ID 2:** SOCIAL SECURITY:

### DEALER INFORMATION
**FFL:** 15703601
PALMETTO STATE ARMORY
3760 FERNANDINA RD
COLUMBIA, SC 29210-0000
**Phone:** (803) 551-2680   Ext:
**Ship-To-Date:** 06/09/2021

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

PURCHASER LISTED ETHNICITY AS NOT HISPANIC OR LATINO.
INDIVIDUAL PURCHASED 2 ADDITIONAL PISTOLS.

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 04, 2025

## FIREARMS TRACE SUMMARY

**Trace Number:** T20210358361   **Request Date:** August 18, 2021   **Completion Date:** September 07, 2021

PATRICE BENNETT
BOSTON POLICE DEPARTMENT
ONE SHROEDER PLAZA
BOSTON, MA 02120
PHONE: (617) 343-4328

**Badge No:** 9340   **Investigation No:**

### FIREARM INFORMATION
**Manufacturer:** RUGER
**Model:** EC9S
**Caliber:** 9
**Serial Number:** 458-99859
**Type:** PISTOL
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION
**Recovery Date:** 08/12/2021
**Time to Crime:** 36 days
DEARBORN ST. /ZEIGLER ST
BOSTON, MA
UNITED STATES
**Possessor:**
**DOB:** 1988
**POB:** UNITED STATES

### PURCHASER INFORMATION
**Purchase Date:** 07/07/2021
TRAVON JADELL BRUNSON
221 S SHIELDS RD
COLUMBIA, SC 29223
UNITED STATES
**DOB:** 1992
**POB:** FLORENCE, SC UNITED STATES
**Race:** BLACK   **Height:** 5 ft 8 in
**Sex:** Male   **Weight:** 250 lbs
**ID 1:** SC DRIVER'S LICENSE:
**ID 2:** SOCIAL SECURITY:

### DEALER INFORMATION
**FFL:** 15703601
PALMETTO STATE ARMORY
3760 FERNANDINA RD
COLUMBIA, SC 29210-0000
**Phone:** (803) 551-2680   **Ship-To-Date:** 04/08/2021
Ext:

### ADMINISTRATIVE INFORMATION
LIMS#: 21-1449

### SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**
ADDITIONAL PURCHASES ON 4473 WERE ALSO ONE RUGER AND TWO GLOCKS.

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER

Phone:(800) 788-7133  Fax:(800) 578-7223

Print Date: February 04, 2025

### FIREARMS TRACE SUMMARY

**Trace Number:** T20210277608  **Request Date:** June 30, 2021  **Completion Date:** June 30, 2021

PATRICE BENNETT
BOSTON POLICE DEPARTMENT
ONE SHROEDER PLAZA
BOSTON, MA 02120
PHONE: (617) 343-4328

**Badge No:** 9340  **Investigation No:** [redacted]

### FIREARM INFORMATION

**Manufacturer:** TAURUS
**Model:** G2S
**Caliber:** 9
**Serial Number:** ACD813353
**Type:** PISTOL
**Country:** BRAZIL
**Importer:** TAURUS INTERNATIONAL MANUFA...
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION

**Recovery Date:** 06/24/2021
**Time to Crime:** 29 days

52 SCHOOL ST APT 3
BOSTON, MA
UNITED STATES
**Possessor:** [redacted]
**DOB:** [redacted] 1990
**POB:** UNITED STATES

### PURCHASER INFORMATION
**Purchase Date:** 05/26/2021

TRAVON JADELL BRUNSON
221 S SHIELD
COLUMBIA, SC 29223
UNITED STATES
**DOB:** [redacted] 1992
**POB:** FLORENCE, SC UNITED STATES
**Race:** BLACK    **Height:** ft in
**Sex:** Male    **Weight:** lbs
**ID 1:** SC DRIVER'S LICENSE: [redacted]
**ID 2:** :

### DEALER INFORMATION    **FFL:** 15706161

SHOOTERS CHOICE
944 SUNSET BLVD
WEST COLUMBIA, SC 29169
**Phone:** (803) 791-5498    **Ship-To-Date:**
Ext:

### ADMINISTRATIVE INFORMATION

LIMS#: 21-1114

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 04, 2025

## FIREARMS TRACE SUMMARY

**Trace Number:** T20210003122    **Request Date:** January 05, 2021    **Completion Date:** January 08, 2021

ALI JAAFAR
MA STATE POLICE
470 WORCESTER ROAD
FRAMINGHAM, MA 01701
PHONE: (508) 820-2300
FAX (508) 820-2150

**Badge No:** 4532    **Investigation No:** [redacted]

### FIREARM INFORMATION
- **Manufacturer:** RUGER
- **Model:** SECURITY-9
- **Caliber:** 9
- **Serial Number:** 383-29104
- **Type:** PISTOL
- **Country:** UNITED STATES
- **Importer:**
- **Obliterated:**
- **Identifying Marks:**
- **NIBIN:** 20-25011
- **Gang Name:**



### RECOVERY INFORMATION
**Recovery Date:** 10/19/2020    **Time to Crime:** 163 days

700 WEST CHESTNUT ST
BROCKTON, MA 02301
UNITED STATES
**Possessor:** [redacted]
**DOB:** [redacted]/2000
**POB:** UNITED STATES

### PURCHASER INFORMATION
**Purchase Date:** 05/09/2020

TRAVON JADELL BRUNSON
221 S SHIELD
COLUMBIA, SC 29223
UNITED STATES
- **DOB:** [redacted]/1992
- **POB:** FLORENCE, SC UNITED STATES
- **Race:** BLACK
- **Sex:** Male
- **Height:** 5 ft 8 in
- **Weight:** 232 lbs
- **ID 1:** SC DRIVER'S LICENSE: [redacted]
- **ID 2:**

### DEALER INFORMATION    **FFL:** 15703349
ACADEMY SPORTS + OUTDOORS #103
730 FASHION DR
COLUMBIA, SC 29229
**Phone:** (281) 646-5410 Ext:    **Ship-To-Date:** 05/05/2020

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**
PURCHASER LISTS ETHNICITY AS NOT HISPANIC OR LATINO.

The information in this report must be validated prior to use in any criminal proceedings.